JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  MARISA C. LIVESAY (223247)
   livesay@whafh.com
5  **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
6  750 B Street, Suite 2770
   San Diego, CA 92101
7  Telephone: 619/239-4599
   Facsimile:  619/234-4599
8

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. LITTY, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., *et al.*,<br><br>　　　　Defendants. | Case No. CV 14-00425-PA (PJWx)<br><br>ORDER ON<br>**VOLUNTARY DISMISSAL OF ENTIRE ACTION**<br><br><br>Judge:　　Hon. Percy Anderson<br>Room:　　15<br><br>Pretrial<br>Conf. Date: 05/22/15 at 1:30 p.m. |

This Joint Stipulation to Dismiss the Entire Action is submitted by Plaintiff Christopher Litty and Defendants Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., and Bank of America Corporation (Plaintiff and Defendants are collectively referred to herein as the "Parties").

WHEREAS, the Parties have reached a complete resolution of Plaintiff's individual claims for relief, memorialized in a confidential settlement agreement and release;

Based upon the foregoing, IT IS HEREBY STIPULATED by and between the Parties to this action through their undersigned counsel of record that the above-captioned action hereby is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. Plaintiff's First, Second, and Fifth Claims for Relief against the Defendants in the operative Second Amended Complaint ("SAC") are dismissed **with prejudice**. Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.

2. Plaintiff's Fourth and Sixth Claims for Relief against the Defendants in the SAC are dismissed **with prejudice,** but only to the extent they are derivative of the First, Second, and Fifth Claims for Relief. Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.

3. Plaintiff's Third Claim for Relief, and Fourth and Sixth Claims for Relief to the extent they are derivative of the Third Claim for Relief, are dismissed **without prejudice**. Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.

Dated: May 15, 2015           WOLF HALDENSTEIN ADLER
                              FREEMAN & HERZ LLP

                              By:    /s/ Betsy C. Manifold
                                     BETSY C. MANIFOLD

IT IS SO ORDERED
Dated _____
_____
United States District Judge

- 1 -

|    |    |
|----|----|
| 1  | FRANCIS M. GREGOREK |
| 2  | gregorek@whafh.com |
|    | BETSY C. MANIFOLD |
| 3  | manifold@whafh.com |
|    | RACHELE R. RICKERT |
| 4  | rickert@whafh.com |
|    | MARISA C. LIVESAY |
| 5  | livesay@whafh.com |
|    | 750 B Street, Suite 2770 |
| 6  | San Diego, CA 92101 |
|    | Telephone: 619/239-4599 |
| 7  | Facsimile:  619/234-4599 |
| 8  | **WOLF HALDENSTEIN ADLER** |
|    | **FREEMAN & HERZ LLP** |
| 9  | JEFFREY G. SMITH (133113) |
|    | smith@whafh.com |
| 10 | 270 Madison Avenue |
|    | New York, NY 10016 |
| 11 | Telephone: 212/545-4600 |
|    | Facsimile:  212/545-4653 |
| 12 |    |
| 13 | *Attorneys for Plaintiff* |
| 14 | Dated:  May 15, 2015     McGuireWoods LLP |
| 15 | By:___/s/ Michael D. Mandel_____ |
|    | MICHAEL D. MANDEL |
| 16 |    |
| 17 | MATTHEW C. KANE |
|    | mkane@mcguirewoods.com |
| 18 | MICHAEL D. MANDEL |
| 19 | mmandel@mcguirewoods.com |
|    | REGINA A. MUSOLINO |
| 20 | rmusolino@mcguirewoods.com |
|    | TRUC T. NGUYEN |
| 21 | tnguyen@mcguirewoods.com |
| 22 | 1800 Century Park East, 8th Floor |
|    | Los Angeles, CA 90067 |
| 23 | Telephone: 310/315-8200 |
| 24 | Facsimile:  310/315-8210 |
| 25 |    |
| 26 | *Counsel for Merrill Lynch & Co., Inc., Merrill* |
| 27 | *Lynch, Pierce, Fenner & Smith, Inc., and Bank* |
|    | *of America Corporation* |
| 28 |    |

**DECLARATION REGARDING CONCURRENCE**

I, Betsy C. Manifold, am the CM/ECF User whose identification and password are being used to file this VOLUNTARY DISMISSAL OF ENTIRE ACTION. In compliance with L.R. 5-4.3.4(2)(i), I hereby attest that Michael D. Mandel has concurred in this filing's content and has authorized its filing.

DATED: May 15, 2015           By:     /s/ *Betsy C. Manifold*
                                      BETSY C. MANIFOLD

MERRILL LYNCH:21798.dismissal

- 1 -